IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

       Plaintiff,                         No. CIV S-04-1330 DFL PAN P

   vs.

J. BURLESON, et al.,

       Defendants.              ORDER

_____/

       Plaintiff has filed a renewed motion for the appointment of counsel.[1] The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's renewed motion for the appointment of counsel will therefore be denied.

/////

---

[1] Plaintiff's last request was denied by order filed January 18, 2006.

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's January 23, 2006 motion
2  for the appointment of counsel is denied.
3  DATED: February 28, 2006.

UNITED STATES MAGISTRATE JUDGE

12
brow1330.31