IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                    No. CIV S-04-1330 DFL PAN P

  vs.

J. BURLESON, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983.  Pursuant to the August 9, 2005, schedule, plaintiff had until April 28, 2006, to file and serve a pretrial statement, defendants have until May 12, 2006, to file and serve a pretrial statement, pretrial conference is set for May 19, 2006, and trial is set for August 7, 2006.

    Defendants' motion for summary judgment is pending.

    Accordingly, IT HEREBY IS ORDERED that the above dates are vacated.

DATED: May 11, 2006.

                                                     UNITED STATES MAGISTRATE JUDGE

\004; \brow1330.vac shed