IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                    No. CIV S-04-1330 DFL PAN P

    vs.

J. BURLESON, et al.,

    Defendants.              <u>ORDER</u>

         /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On May 1, 2006, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on December 23, 2005, and January 23, 2006. All motions were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's May 1, 2006, motion for the appointment of counsel is denied.

DATED: May 30, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/mp/004
brow1330.31thr