IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

    Plaintiff,                       No. CIV S-04-1330 DFL PAN P

    vs.

J. BURLESON, et al.,

    Defendants.             ORDER

_____/

    Plaintiff is a prisoner proceeding pro se and in forma pauperis . He is suing under 42 U.S.C. § 1983 for alleged civil rights violations. On September 8, 2006, plaintiff filed his fourth request for appointment of counsel. Plaintiff's previous requests were filed on December 23, 2005, January 23, 2006 and May 1, 2006. All requests were denied.

    The court has reviewed the file and finds no grounds for granting the renewed request. For the reasons already stated in the earlier orders it is ORDERED that plaintiff's September 8, 2006, request for appointment of counsel is denied.

DATED: September 25, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

/mp
brow1330.dny counsel