UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>J. BURLSON; et al.,<br><br>      Defendants - Appellees. | No. 06-16950<br>D.C. No. CV-04-01330-DFL<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [X]

Explanation: _For reasons stated in the Findings and Recommendations, no 8th Amendment violation is shown._

/s/ Judge
United States District Court

Date: _11/15/06_